IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

PAUL REIF and STEVEN BOEHM,

                Plaintiffs,

v.

DENISE SYMDON,

                Defendant.

ORDER

16-cv-766-jdp

---

The court has reviewed the parties' pretrial submissions and compiled the attached drafts of the voir dire questions, introductory jury instructions, post-trial jury instructions, and special verdict forms. The court will revise the drafts in light of discussions at the final pretrial conference.

Also at the final pretrial conference, the court will provide its preliminary rulings on the parties' motions in limine and take up the trial schedule and format and other trial management issues, including any raised by the parties. The court will issue a final pretrial conference order after hearing from the parties.

Entered April 6, 2018.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge