APPENDIX OF FORMS TO FEDERAL
RULES OF APPELLATE PROCEDURE

FORM 1.
NOTICE OF APPEAL TO A COURT OF APPEALS
FROM A JUDGMENT OR ORDER OF A DISTRICT COURT

United States District Court for the Western District of Wisconsin

---

A. B.,
    Plaintiff(s), Paul Reif

File Number __16- CV -766__

Notice of Appeal

v.

C.D.,
    Defendant(s)  State of WI DOC
    Denise Symdon

---

Notice is hereby given that (here name all parties taking the appeal) (plaintiffs) (defendants) in the above named case, * hereby appeal to the United States Court of Appeals for the __Seventh__ Circuit (from the final judgment) (from an order (describing it)) entered in this action on the __27th__ day of __April__, __2018__

(s) __Paul S. Reif__
Attorney for __- TBD__
Address: __P.O. Box 510263__
__New Berlin, WI 53151__
(Plaintiff is homeless and disabled)
Ph. (414) 840-4004

* See Rule 3(c) for permissible ways of identifying appellants.